RAYMOND J. LUCIA COMPANIES, INC. and Raymond J. Lucia, Petitioners

v.

SECURITIES AND EXCHANGE COMMISSION, Respondent

No. 15-1345

September Term, 2016

United States Court of Appeals, District of Columbia Circuit.

Filed On: June 26, 2017

SEC-3-15006

BEFORE: GARLAND, Chief Judge,* and HENDERSON, ROGERS, TATEL, BROWN, GRIFFITH, KAVANAUGH, SRINIVASAN, MILLETT, PILLARD, and WILKINS, Circuit Judges

## JUDGMENT

PER CURIAM

This cause came on to be heard on the petition for review of an order of the Securities & Exchange Commission and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review is denied by an equally divided court. See D.C. Cir. Rule 35(d).